IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Thomas Martin, # 319350 | ) | C/A No. 2:07-cv-01240-MBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| Cecilia R. Reynolds, Warden of Kershaw Correctional Institution, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

Plaintiff is, according to the initial document filed in this case, an inmate at Kershaw Correctional Institution who, proceeding *pro se,* filed a petition (construed as a complaint) concerning prison conditions pursuant to 42 U.S.C. § 1983. By Order dated May 9, 2007, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process. Plaintiff did not receive the Order, as it was returned to the court as undeliverable, "unknown" mail. A search of the South Carolina Department of Corrections (SCDC) database did not reveal an inmate that matched both Plaintiff's name and identification number at any SCDC facility. Plaintiff has not provided the Court with a new address at which he receives mail, and the record indicates no attempt by Plaintiff to contact the Court since filing the Complaint. The case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash Railroad Company*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
United States District Judge

July 11, 2007
Columbia, South Carolina